# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EDGAR ESPINOZA,<br><br>　　　　　Defendant. | Case No.: 2:18-cr- 328<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM FOR<br>EDGAR ESPINOZA<br>(ID#) 02587393 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **EDGAR ESPINOZA** before the United States District Court at Las Vegas, Nevada, on or about I/A & A/P Thurs 10/25/18 3:00 PM VCF 3D _____, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: October 17, 2018

_____
UNITED STATES MAGISTRATE JUDGE

1 DAYLE ELIESON
United States Attorney
2 District of Nevada
KEVIN D. SCHIFF
3 Assistant United States Attorney
501 Las Vegas Boulevard South
4 Suite 1100
Las Vegas, Nevada 89101
5 702-388-6336

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDGAR ESPINOZA,<br><br>Defendant. | Case No.: 2:18-cr- 328<br><br>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR EDGAR ESPINOZA<br>(ID#) 02587393 |

The petition of the United States Attorney for the District of Nevada respectfully shows that **EDGAR ESPINOZA** is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **EDGAR ESPINOZA** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **EDGAR ESPINOZA** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on _____ I/A & A/P Thurs 10/25/18 3:00 PM VCF 3D _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **EDGAR ESPINOZA** before the United States District Court on or about _____ I/A & A/P Thurs 10/25/18 3:00 PM VCF 3D _____, at the hour of 3:00 p.m.,

for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **EDGAR ESPINOZA** before the United States District Court on or about _I/A & A/P Thurs 10/25/18 3:00 PM VCF 3D_, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 17th day of October, 2018.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

_/s/ Kevin D. Schiff_

KEVIN D. SCHIFF
Assistant United States Attorney