# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-cr-00328-JAD-NJK |
| Plaintiff, | **ORDER** |
| vs. | ECF No. 27 |
| EDGARD ESPINOZA, | |
| Defendant. | |

Based upon the pending Stipulation of counsel, and good cause appearing therefore, IT IS ORDERED that the sentencing hearing currently scheduled for May 20, 2019 at 11:00a.m., be vacated and continued to June 3, 2019 at the hour of 9:30 a.m.

IT IS FURTHER ORDERED that the Government's response to defendant's objections to the presentence investigation report is due by May 24, 2019.

_____
THE HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

DATED: 5/20/2019