# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EDGAR ESPINOZA,<br><br>　　　　Defendant. | Case No. 2:18-cr-00328-JAD-NJK<br><br>**ORDER**<br><br>ECF No. 31 |

　　IT IS ORDERED that the sentencing hearing currently scheduled for Monday, June 3, 2019 at 9:30 a.m., be vacated and continued to June 24, 2019, at the hour of 3:00 p.m.

　　DATED this 31st day of May, 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE