UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EDGAR ESPINOZA,<br><br>  Defendant. | Case No. 2:18-cr-00328-JAD-NJK<br><br>**ORDER**<br><br>ECF No. 65 |

  IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, April 18, 2022 at 1:30 p.m., be vacated and continued to June 6, 2022, at 11:00 a.m.

  DATED this 15th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE