**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDGAR ESPINOZA,<br><br>　　　　Defendant. | Case No. 2:18-cr-00328-JAD-NJK<br><br>**ORDER**<br><br>ECF No. 67 |

　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, June 6, 2022 at 11:00 a.m., be vacated and continued to July 11, 2022, at 2:00 p.m.

　　DATED this 1st day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE